UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

WEST PALM BEACH DIVISION

CASE NO.:

UNITED BULLY KENNEL CLUB,
INC.,

       Plaintiff,

vs.

AMERICAN BULLY KENNEL CLUB,
LLC,

       Defendant.

_____/

## COMPLAINT

Plaintiff, UNITED BULLY KENNEL CLUB, INC., (hereinafter "UNITED"), by and through its undersigned counsel, sues the Defendant, AMERICAN BULLY KENNEL CLUB, LLC, (hereinafter "AMERICAN") and states:

## GENERAL ALLEGATIONS

1.    This is an action for declaratory judgment, including supplemental relief, the subject matter of which exceeds $75,000.00, exclusive of interest, costs and attorneys' fees.

2.    This Court has subject matter jurisdiction because the controversy involves claims under the United States Trademark Act of 1946 (the "Lanham Act"), as amended, 15 U.S.C. §§1051, *et seq.*; and the United States Copyright Act (the "Copyright Act"), as amended, 17 U.S.C. §101 *et seq.* Jurisdiction in the Court over this controversy is therefore proper pursuant to 15 U.S.C. §1121 and 28 U.S.C. §§1331 and 1338.

Case No._____

*Complaint*

3.     This Court also has subject matter jurisdiction pursuant to 28 U.S.C. §1332 because the amount in controversy exceeds $75,000, exclusive of interest, costs and attorneys' fees, and there is complete diversity of citizenship between the parties.

4.     Plaintiff, UNITED, is a corporation organized and existing under the laws of the State of Florida, and is doing business in Palm Beach County, Florida.

5.     Defendant, AMERICAN, is a Virginia limited liability company, and its members are not citizens of Florida.

6.     AMERICAN is transacting business in the Southern District of Florida and throughout Florida, namely, by issuing registration certificates to owners of dogs who are citizens and residents of the Southern District of Florida, and by offering to issue such certificates through an interactive website accessible in Southern District of Florida, which website solicits business from citizens and residents of the Southern District of Florida. Defendant expects its acts to have consequences in the Southern District of Florida, and it derives substantial revenue from interstate commerce.

7.     Venue is proper in the Southern District of Florida.

8.     AMERICAN is a multi-breed dog registry that registers dogs, including dogs belonging to the breed commonly known as the "American Bully."

9.     UNITED is a multi-breed dog registry that registers dogs, including dogs belonging to the breed commonly known as the "American Bully."

10.     There are several other dog registries that register dogs of the American Bully breed, including but not limited to: the American Bully Breeders Association, the Bully Breed

2

Case No._____
*Complaint*

Kennel Club, the European Bully Kennel Club, the United Canine Association, the Dog Registry of America, Inc. and the Backwoods Bulldog Club.

11. AMERICAN has a website for its business that provides information to its customers and the public. The website address is http://theabkcdogs.com.

12. On its website, AMERICAN provides information as to what is known in the dog breeding industry, as the "breed standards" for the American Bully breed of dog.

13. Breed standards describe the typical characteristics of a breed of dog.

14. AMERICAN copied or substantially derived its breed standards for the American Bully from other breed registries.

15. UNITED has a website for its business which provides information to its customers and the public. The website address is http://www.ubkc.org.

16. UNITED provides information on its website as to the typical, industry recognized breed standards for the American Bully breed. The same breed standards for the American Bully are set forth in numerous publications by other breed registries.

17. On June 1, 2011, counsel for AMERICAN sent a letter to UNITED, claiming that AMERICAN is the owner of the common law certification mark "American Bully", under 15 U.S.C. §1054 and §1125, and demanding that UNITED immediately stop registering dogs as American Bullies. *See* June 1, 2011 Letter, attached hereto as ***Exhibit "A"***.

18. Further, AMERICAN's counsel claimed in the June 1, 2011 letter that UNITED's breed standard for the American Bully set forth on its website, was a copyright infringement of AMERICAN's breed standard for the American Bully. *See **Exhibit "A"***.

ROSENBAUM MOLLENGARDEN JANSSEN & SIRACUSA, PLLC
250 AUSTRALIAN AVENUE SOUTH ◊ SUITE 500 ◊ WEST PALM BEACH ◊ FLORIDA ◊ 33401
TELEPHONE 561.653.2900 ◊ FACSIMILE 561.820.2542

Case No._____

*Complaint*

19.　　AMERICAN also demanded that UNITED stop registering American Bully breed dogs.

20.　　AMERICAN filed a trademark application with the United States Patent and Trademark Office ("USPTO"), for the mark "American Bully."  As of the time of filing this Complaint, AMERICAN's application was pending and no action had yet been taken by the USPTO.

21.　　On or about June 9, 2011, in an effort to interfere with UNITED's business and rights, AMERICAN unlawfully and improperly reported to UNITED's website provider that UNITED was infringing on AMERICAN's intellectual property rights and requested that the website provider shutdown UNITED's website.

22.　　Upon information and belief, American Bully is a descriptive term that merely describes a breed of dog and does not have a distinctive or secondary meaning.  The breed has been widely recognized for over fifteen (15) years, the American Bully breed of dog has been sold and recognized in commerce for over fifteen (15) years, and has been registered with various different dog registries.

23.　　Defendant's business was established on or about September 10, 2010.

## COUNT I – DECLARATORY JUDGMENT

24.　　This is an action by UNITED against AMERICAN for declaratory judgment and supplemental relief, the subject matter of which exceeds $75,000, exclusive of interest, costs and attorneys' fees, pursuant to 28 U.S.C. §2201, or in the alternative, pursuant to Chapter 86, *Florida Statutes*.

ROSENBAUM MOLLENGARDEN JANSSEN & SIRACUSA, PLLC
250 AUSTRALIAN AVENUE SOUTH ◊ SUITE 500 ◊ WEST PALM BEACH ◊ FLORIDA ◊ 33401
TELEPHONE 561.653.2900 ◊ FACSIMILE 561.820.2542

Case No._____

*Complaint*

25.     UNITED realleges and reavers the allegations contained in paragraphs 1-23 as if fully set forth herein.

26.     UNITED seeks a declaratory judgment: (a) that the term "American Bully" is a descriptive term widely recognized as describing a breed of dog; (b) that AMERICAN does not have a common law trademark or certification mark to the term "American Bully"; (c) that AMERICAN does not have a federal trademark right to the term "American Bully"; (d) that AMERICAN does not have any exclusive or intellectual property rights to the term "American Bully"; (e) that AMERICAN does not have any exclusive rights to register dogs as belonging to the "American Bully" breed; (f) that UNITED is entitled to use the term "American Bully" on its website and freely as otherwise needed in its business; (g) that UNITED is entitled to register dogs as belonging to the "American Bully" breed; (h) that AMERICAN does not have a copyright on the breed standards for the American Bully breed; (i) that UNITED did not copy the breed standards for the American Bully from AMERICAN's breed standards; (j) that UNITED's use of the American Bully breed standards commonly known and used in the industry do not constitute copyright infringement; and (k) that AMERICAN cannot interfere with UNITED's business.

27.     AMERICAN's actions have raised doubt and insecurity in UNITED regarding: UNITED's rights to register American Bully dogs; UNITED's right to use the term American Bully; UNITED's right to post commonly known breed standards for the American Bully on its website; AMERICAN's rights, if any, to a common law certification mark or federal certification mark of American Bully; AMERICAN's rights, if any, to a copyright of the American Bully

ROSENBAUM MOLLENGARDEN JANSSEN & SIRACUSA, PLLC
250 AUSTRALIAN AVENUE SOUTH ◊ SUITE 500 ◊ WEST PALM BEACH ◊ FLORIDA ◊ 33401
TELEPHONE 561.653.2900 ◊ FACSIMILE 561.820.2542

Case No._____

*Complaint*

breed standards which are commonly known in the industry; and the validity and enforceability of AMERICAN's claimed intellectual property rights.

28.     AMERICAN claims it owns the common law certification mark American Bully, under 15 U.S.C. §1054 and §1125 and further claims that UNITED's use of the breed standards for American Bully are a copyright infringement under the Copyright Act.

29.     Upon information and belief, the term American Bully is a merely descriptive and generic term for a breed of dog and, pursuant to 15 U.S.C. §1052, may not be trademarked.  In particular, dog breeders of American Bullies, various associations and others used the term American Bully to refer to the breed of dog.

30.     Upon information and belief, American Bully has not acquired a secondary meaning associated with Defendant's registration or business.

31.     UNITED is entitled to a declaratory judgment: (a) that the term "American Bully" is a descriptive term and may not be registered as a trademark or certification mark; (b) that AMERICAN does not have a common law trademark or certification mark to the term "American Bully"; (c) that AMERICAN does not have a federal trademark right to the term "American Bully"; (d) that AMERICAN does not have any exclusive or intellectual property rights to the term "American Bully"; (e) that AMERICAN does not have any exclusive rights to register dogs as belonging to the "American Bully" breed; (f) that UNITED is entitled to use the term "American Bully" on its website and freely as otherwise needed in its business; (g) that UNITED is entitled to register dogs as belonging to the "American Bully" breed; (h) that AMERICAN does not have a copyright on the breed standards for the American Bully breed; (i) that UNITED did not copy the breed standards for the American Bully from AMERICAN's

ROSENBAUM MOLLENGARDEN JANSSEN & SIRACUSA, PLLC
250 AUSTRALIAN AVENUE SOUTH ◊ SUITE 500 ◊ WEST PALM BEACH ◊ FLORIDA ◊ 33401
TELEPHONE 561.653.2900 ◊ FACSIMILE 561.820.2542

Case No._____

*Complaint*

breed standards; (j) that UNITED's use of the commonly known and used breed standards do not constitute copyright infringement; and (k) that AMERICAN cannot interfere with UNITED's business.

32.     UNITED and AMERICAN have present, actual, adverse and antagonistic interests in the validity and enforceability of the intellectual property rights claimed as to American Bully and the copyright of breed standards for American Bully, as set forth herein.

33.     UNITED and AMERICAN's adverse and antagonistic interests are before this Court by proper process.  The relief UNITED seeks is not the mere rendering of legal advice.

34.     UNITED has a *bona fide*, present and practical need for a declaration of its rights under the Lanham Act and the Copyright Act.

35.     UNITED has retained the undersigned attorneys to represent it in this action and is required to pay them a reasonable fee for their services.

36.     UNITED is entitled to recover its reasonable attorneys' fees pursuant to 15 U.S.C. §1117 and 17 U.S.C. §505.

WHEREFORE, UNITED respectfully requests that the Court enter a declaratory judgment, declaring: (a) that the term "American Bully" is a descriptive term and may not be registered as a trademark or certification mark; (b) that AMERICAN does not have a common law trademark or certification mark to the term "American Bully"; (c) that AMERICAN does not have a federal trademark right to the term "American Bully"; (d) that AMERICAN does not have any exclusive or intellectual property rights to the term "American Bully"; (e) that AMERICAN does not have any exclusive rights to register dogs as belonging to the "American Bully" breed; (f) that UNITED is entitled to use the term "American Bully" on its website and freely as

7

Case No._____

*Complaint*

otherwise needed in its business; (g) that UNITED is entitled to register dogs as belonging to the "American Bully" breed; (h) that AMERICAN does not have a copyright on the breed standards for the American Bully breed; (i) that UNITED did not copy the breed standards for the American Bully from AMERICAN's breed standards; (j) that UNITED's use of the commonly known and used breed standards do not constitute copyright infringement; and (k) that AMERICAN has no lawful right to interfere with UNITED's business on the basis that AMERICAN has intellectual property rights with respect to the matters at issue, which are superior to UNITED's rights; and that the Court award supplemental relief to UNITED for damages caused by AMERICAN under 28 U.S.C. §2201, or in the alternative, Chapter 86, *Florida Statutes*; and that the Court award UNITED its reasonable attorneys' fees pursuant to 15 USC §117 and 17 U.S.C. §505, together with taxable costs, prejudgment interest and any other and further relief that the Court deems just, equitable and proper.

Dated this 10th day of June, 2011.

Respectfully submitted,

ROSENBAUM MOLLENGARDEN
JANSSEN & SIRACUSA, PLLC
250 Australian Ave. S., Suite 500
West Palm Beach, FL 33401
Tel. (561) 653-2900
Fax (561) 820-2542
Email drosenbaum@rmjslaw.com
Email tyaques@rmjslaw.com

BY: _/s/ Tatiana B. Yaques_____
        DANIEL S. ROSENBAUM
        Florida Bar No. 306037
        TATIANA B. YAQUES
        Florida Bar No. 673048

2162162

LAW OFFICES OF

## CAHN & SAMUELS, LLP

INTELLECTUAL PROPERTY COUNSEL



June 1, 2011

P A T E N T S
C O P Y R I G H T S
T R A D E M A R K S

Mr. Luis Pacheco, President
United Bully Kennel Club, Inc.
P.O. Box 210907
West Palm Beach, FL  33421

<u>**VIA E-MAIL AND FIRST**</u>
<u>**CLASS MAIL**</u>

      Re:   AMERICAN BULLY
             <u>Trademark and Copyright Infringement</u>

Dear Mr. Pacheco:

      Our firm represents the American Bully Kennel Club, LLC (ABKC) in intellectual property matters.  We are writing to you on ABKC's behalf.

      As you may know, the ABKC was the first registry to register the American Bully breed.  Since its inception in 2004, it has been and continues to be widely recognized both within and outside of the "bully world" as the official registry worldwide for the American Bully breed.  The ABKC established the American Bully breed standard, maintains a comprehensive multi-generation breed registry, and promotes the American Bully throughout the world.

      It has come to ABKC's attention that the United Bully Kennel Club, Inc. (UBKC) has recently established a breed registry that engages in the unlicensed registration of American Bullies.  The American Bully breed is characterized by distinct features and traits that are linked to very specific bloodlines.  ABKC has spent considerable time and effort in tracing the bloodlines to the original American Bully and verifying those bloodlines in its confidential proprietary registry database.  By virtue of ABKC's extensive activities, it is the owner of the common law certification mark, AMERICAN BULLY under 15 U.S.C. §1054, §1125.  ABKC was the first organization to certify dogs as being authentic American Bullies.  UBKC's program of registering American Bullies violates and devalues ABKC's certification mark and diminishes ABKC's stature as the official registry of the American Bully breed.  Accordingly, ABKC demands that UBKC immediately stop registering dogs as American Bullies.  ABKC has no issue with UBKC registering dogs under a different breed name.

MAURICE U. CAHN
ADMITTED IN MD, DC AND
US PATENT & TRADEMARK OFFICE

FREDERICK N. SAMUELS
ADMITTED IN DC, MD AND
US PATENT & TRADEMARK OFFICE

GEORGE A. METZENTHIN
ADMITTED IN DC, FL, OH AND
US PATENT & TRADEMARK OFFICE

WILLIAM E. BRADLEY
ADMITTED IN DC, VA AND
US PATENT & TRADEMARK OFFICE

COREY D. MACK
ADMITTED IN IL AND
US PATENT & TRADEMARK OFFICE

WARREN A. ZITLAU
ADMITTED IN DC, VA, PA, NY AND
US PATENT & TRADEMARK OFFICE

DUANE N. MOORE
ADMITTED IN MD AND
US PATENT & TRADEMARK OFFICE

1100 17TH STREET
NORTHWEST
SUITE 401
WASHINGTON, DC
20036-4650

202·331·8777
FAX: 202·331·3838
WWW.CAHNSAMUELS.COM



EXHIBIT

A

tabbies®

Mr. Luis Pacheco
June 1, 2011
Page 2 of 4

In addition to unauthorized breed registration, ABKC has learned that UBKC meticulously copied ABKC's standard for the American Bully breed, found at (http://theabkcdogs.org/breeds/american-bully/standard/), word for word without permission from ABKC. A copy of UBKC's breed standard, found at (http://www.ubkc.org/breeds/the-american-bully/), is attached. Please be advised that such copying constitutes copyright infringement under 17 U.S.C. § 501. Such copying also gives the false impression that UBKC has been authorized by ABKC as a certifier for the American Bully breed. Of course, ABKC has given UBKC no such authorization. Accordingly, ABKC demands that you remove the breed standard from your web page and any place else that it may appear in UBKC's written materials.

In addition to the above, you filed a trademark application on UBKC's behalf for the term AMERICAN BULLY with full knowledge that UBKC was not entitled to registration. As part of the application filing, you signed a declaration under oath stating:

> **The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration,** declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; **to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive**; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Evidence strongly suggests that you were well aware of ABKC's rights in the American Bully mark when you filed your trademark application. If that is true, then you have committed fraud on the United States Patent and Trademark Office.

In any event, your illegitimate trademark filing will cause ABKC's legitimate filing to be unjustly delayed unless you take immediate action. Therefore, ABKC requires that UBKC immediately expressly abandon its trademark application for AMERICAN BULLY. You will find a form for express abandonment at this link http://www.uspto.gov/trademarks/teas/miscellaneous.jsp

Mr. Luis Pacheco
June 1, 2011
Page 3 of 4

ABKC hopes to resolve this matter quickly and amicably.  Accordingly, ABKC requests that UBKC:

(1)  immediately remove ABKC's American Bully breed standard from its website;

(2)  destroy all materials containing ABKC's American Bully breed standard within fourteen (14) days;

(3)  immediately discontinue registering American Bully breed dogs and post the following statement on its website:

*"Effective immediately, UBKC will no longer register American Bully breed dogs"*;

(4)  immediately expressly abandon trademark application serial number 85/322,973 for American Bully;

(5)  discontinue any and all activity that creates an impression that UBKC certifies that dogs belong to the American Bully breed.

In the event that UBKC fails to agree to the foregoing conditions, ABKC will have no alternative but to enforce its intellectual property rights.  Under U.S. Trademark laws, infringement of a trademark may subject the infringer to full disgorgement of profits, liability for actual damages, and a permanent injunction.  In cases of willful infringement, the damage awards are subject to trebling and often include an award of attorneys' fees to the trademark owner for the amount accrued in connection with vindicating its rights.  UBKC is subject to similar penalties under U.S. Copyright law.

Having filed for its own intellectual property, we are confident that UBKC understands ABKC's need and determination to protect its valuable intellectual property rights and reputation.  Given the seriousness of this matter, we urge you

Mr. Luis Pacheco
June 1, 2011
Page 4 of 4

to contact the undersigned immediately if you have any questions.  Otherwise, we look forward to your prompt compliance and expect written confirmation of such compliance no later than **June 15, 2011**.

Sincerely yours,

Frederick N. Samuels

FNS:std

Enclosures

cc: Dave Wilson

ltlp01_ceaseanddesist.doc

# American Bully Breed Standard

### General Impression
The American Bully should give the impression of great strength for its size. Compact to medium/large size dog with a muscular body and blocky head. Powerful in it's movement and should display effortless movement at the same time. Keenly alive and alert to its surroundings. The American Bully should have the appearance of heavy bone structure with a Bully build and look.

### HEAD
Medium in length, deep through, broad skull, very pronounced cheek muscles, distinct stop, and high set ears.
Ears- Natural or cropped
Eyes- All colors except albinism. Eye shape is oval to slightly roundish, low down in skull and set far apart.
Muzzle- Short-Medium blocky upper side or slightly squared to fall away abruptly below eyes.
Jaws- well defined.
Under jaw- to be strong.
Lips- semi close and even, some looseness accepted (more so with the XL and Extreme varieties) but not preferred.
Upper Teeth- to meet tightly outside lower teeth in form or scissor bite accepted
Nose- all colors acceptable

### NECK
Heavy, slightly arched, tapering from shoulder to back of skull. (some looseness of skin is accepted with the XL and Extreme varieties) Compact to medium size should have minimal or no loose skin.

### SHOULDERS
Strong and muscular with blade being wide and set wide.

### BACK
Fairly short to medium back, slight sloping from withers to rump or straight accepted with gentle short slope at rump to base of tail. (slightly higher rears accepted for XL and Extreme varieties) but not desired in the compact medium size.

### BODY
Well-sprung ribs, deep in rear and all ribs close together
Forelegs- set rather wide apart to permit chest development
Chest- should be deep and broad

## TAIL

Short to medium in comparison to size, low set, tapering to a fine point
Kinks and Knots- are faults however accepted in the show ring but not preferred

## LEGS

Front legs- straight from legs, large or round bones, pastern upright are preferred
Feet- slight turning outwards is accepted as long as feet do not measures a 45 degree, should be of moderate size, well arched and compact
Hindquarters- well muscled, let down at hocks, turning neither in nor out (slight turns accepted in the XL and Extreme varieties)

## COAT

Short, close, stiff to the touch and glossy

## COLOR

All colors and patterns are permissible

## SIZE

Dogs should be healthy and should NOT reach the point where it is considered obese.
Height and weight should be in proportion of the body frame.
Height-Females 16 to 19 at withers Males 17-20 at withers
Weight- There is no particular weight for the breed

## GAIT

Should be effortless and powerful. The action must, however, be unrestrained, free and vigorous with powerful drive off the rear. (Some paddling and lumbering accepted in XL and Extreme varieties), but not preferred in compact to medium.

## FAULTS

Faults to be penalized but not disqualifications for showing are:
Kinked tail
Twisted tail
Knotted tail
Long tail
Curled tail
Overly Short tail
Pink or Albino eyes
Undershot mouth
Overshot mouth
Severe turn fronts
Severe turn to rears
cryptorchidism-undesended testicle

## DISQUALIFICATIONS

Displaying or possessing aggressive behavior towards humans

# American Bully Standards

**GENERAL APPEARANCE**

The American Bully should give the impression of great strength for its size. Compact to medium/large size dog with a muscular body and blocky head. Powerful in its movement and should display effortless movement at the same time. Keenly alive and alert to its surroundings. The American Bully should have the appearance of heavy bone structure with a Bully build and look.

**HEAD**

Medium in length, deep through, broad skull, very pronounced cheek muscles, distinct stop, and high set ears. Ears- Natural or cropped Eyes- All colors except albinism. Eye shape is oval to slightly roundish, low down in skull and set far apart.

Muzzle- Short-Medium blocky upper side or slightly squared to fall away abruptly below eyes. Jaws- well defined. Under jaw- to be strong. Lips- semi close and even, some looseness accepted (more so with the XL and Extreme) but not preferred.

Upper Teeth- to meet tightly outside lower teeth in form or scissor bite accepted Nose- all colors acceptable

**NECK**

Heavy, slightly arched, tapering from shoulder to back of skull. (some looseness of skin is accepted with the XL) Compact to medium size should have minimal or no loose skin.

**SHOULDERS**

Strong and muscular with blade being wide and set wide.

**BACK**

Fairly short to medium back, slight sloping from withers to rump or straight accepted with gentle short slope at rump to base of tail. (slightly higher rears accepted for XL and Extreme) but not desired in the compact medium size.

**BODY**

Well-sprung ribs, deep in rear and all ribs close together Forelegs- set rather wide apart to permit chest development Chest- should be deep and broad

**TAIL**

Short to medium in comparison to size, low set, tapering to a fine point Kinks and Knots are faults however accepted in the show ring but not preferred

## LEGS

Front legs- straight from legs, large or round bones, pastern upright are preferred Feet- slight turning outwards is accepted as long as feet do not measures a 45 degree, should be of moderate size, well arched and compact Hindquarters- well muscled, let down at hocks, turning neither in nor out (slight turns accepted in the XL and Extreme)

## COAT

Short, close, stiff to the touch and glossy

## COLOR

All colors and patterns are permissible

## SIZE

Dogs should be healthy and should NOT reach the point where it is considered obese. Height and weight should be in proportion of the body frame.

*Classic* : Both sex dogs are same in height to the standard category but are determined by lighter body mass and frame size.

*Standard :* Height – Females 16? to 19? at withers Males 17? to 20? at withers.

*Pocket :* Height – Females under 16? at withers Males under 17? at withers.

*XL :* Height – Females over 19? at withers Males over 20? at withers.

*Pocket Extreme :* For both sex dog's with heavier body frames and more overall body mass Height – Females under 16? at withers Males under 17? at withers.

*Extreme :* For both sex dog's with heavier body frames and more overall body mass. Height – Females 16? to 19? at withers Males 17? to 20? at withers.

## GAIT

Should be effortless and powerful. The action must, however, be unrestrained, free and vigorous with powerful drive off the rear. (Some paddling and lumbering accepted in XL and Extreme) but not preferred in compact to medium.

## FAULTS

**Fault's to be penalized but not disqualifications for showing are:**

Kinked tail Twisted tail Knotted tail Long tail Curled tail Overly Short tail Pink or Albino eyes Undershot mouth Overshot mouth Severe turn fronts Severe turn to rears cryptorchidism-undescended testicle

**DISQUALIFICATIONS** Displaying or possessing aggressive behavior towards humans